IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHIRLEY RILEY,**

    **Plaintiff,**

v.                                                 Case No. 1:23-cv-170-AW-MAF

**CHARLOTTE JUANITA
JOHNSON, et al.,**

    **Defendants.**

_____/

## **ORDER OF DISMISSAL**

Shirley Riley filed this action pro se, seeking to proceed *in forma pauperis*. The magistrate judge denied the IFP motion without prejudice, giving Riley a deadline to file a new motion. She did not file a new motion, and she did not respond to the magistrate judge's subsequent show-cause order. She also did not respond to the magistrate judge's later report and recommendation, which concluded dismissal is appropriate. It appears Riley has abandoned this case.

The court now adopts the report and recommendation. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on September 19, 2023.

                                             s/ *Allen Winsor*
                                             United States District Judge